IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ACCENTCARE, INC., | § | |
| | § | No. 67, 2017 |
| Defendant and Counterclaim | § | |
| Plaintiff Below, Appellant, | § | |
| | § | Court Below:  Court of Chancery |
| v. | § | of the State of Delaware |
| | § | |
| FRIEDMAN FLEISCHER & | § | C.A. No. 12026-VCL |
| LOWE, LLC, | § | |
| | § | |
| Plaintiff and Counterclaim | § | |
| Defendant Below, Appellee. | § | |

Submitted: October 4, 2017
Decided:  October 19, 2017

Before **STRINE**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## O R D E R

This 19th day of October 2017, it appears to the Court that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons assigned in its order dated November 29, 2016.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is hereby AFFIRMED.

BY THE COURT:

/s/ Leo E. Strine, Jr.
Chief Justice

---

[1] *Friedman Fleischer & Lowe, LLC v. AccentCare, Inc.*, C.A. No. 12026-VCL (Del. Ch. Nov. 29, 2016).